■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK G. THOMAS, Also Known as DEREK THOMAS, Appellant.

[919 NYS2d 457]—

Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.